## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Robert Bosch GmbH** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CASE NUMBER _____** |
| ) | |
| **SPX Corporation** ) | |
| ) | |
| **Defendant**. ) | |

## EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65, plaintiff Robert Bosch GmbH moves that the Court issue a Temporary Restraining Order and/or Preliminary Injunction barring SPX from employing Michael Lieto permanently or for a substantial period of time as determined by the Court and barring SPX from further soliciting or hiring Service Solutions employees in violation of the Purchase Agreement, for the reasons set out in its accompanying brief, declarations, and documents filed in support thereof.  This motion is accompanied by a declaration pursuant to Delaware Local Rule 7.1.1.

Dated:  April 30, 2013

Respectfully submitted,

DORSEY & WHITNEY (DELAWARE) LLP

By  /s/  Robert W. Mallard
Eric Lopez Schnabel (DE No. 3672)
Robert W. Mallard (DE No. 4279)
300 Delaware Avenue
Suite 1010
Wilmington, DE 19801
(302) 425-7171 (telephone)
(302) 425-7177 (facsimile)
E-mail: schnabel.eric@dorsey.com
        mallard.robert@dorsey.com

and

Michael Lindsay (MN Bar 163466)
Jaime Stilson (MN Bar No. 392913)
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis MN 55402

*Attorneys for Plaintiff Robert Bosch GmbH*

2